812

■ In the Matter of LAWRENCE V. LOPEZ, Doing Business as LOPEZ STEAK HOUSE, Petitioner, v STATE OF NEW YORK LIQUOR AUTHORITY, Respondent.—Determination of motion for reargument of proceedings or in the alternative for leave to appeal to the Court of Appeals or for an order vacating the orders of this court entered July 10, 1975 withheld and matter remitted for a further hearing and findings in accordance with the following memorandum: Petitioner has submitted an affidavit which indicates that a material witness, who testified in the prior hearing which resulted in cancellation of petitioner's licenses, has recanted. Upon review of this affidavit containing the recantation, we find that the matter should be remitted to the New York State Liquor Authority for a prompt hearing and findings to form a basis for our determination of the motion. Present—Moule, J. P., Cardamone, Simons, Goldman and Del Vecchio, JJ.

■ EDWARD C. COSGROVE, as District Attorney of Erie County, Plaintiff, v IMPERIAL NEWS INC. et al., Defendants.—Motion for temporary restraining order denied. Memorandum: The court properly vacated the temporary restraining order. On the facts of this case the court had no authority to restrain the dissemination of the alleged obscene material prior to a hearing (*Heller v New York,* 413 US 483; *Matter of Gaetano v Erwin,* 46 AD2d 735). The parties are directed to proceed forthwith to a hearing on the application for a preliminary injunction. (Order entered September 19, 1975.)

■ HOWARD R. COHEN v PAUL J. REGAN, as Chairman of the Board of Parole. (And 11 Other Proceedings.)—Motion to extend time to perfect appeal denied for undue delay in prosecuting the appeal; motion to dismiss appeal granted for the same reason (see, also, *Matter of Cummings v Regan,* 45 AD2d 222, 415, revd on other grounds 36 NY2d 969).